LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

HOLLAND & HART LLP
Robert J. Cassity, Esq. (Bar No. 9779)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Fax: (702) 669-4650
Email: bcassity @ hollandhart.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA L. ROTE, | Case No.: 2:11-cv-01677-RCJ-PAL |
| Plaintiff, | |
| vs. | |
| UNITED PARCEL SERVICE, INC., an Ohio corporation;  and UPS TELECOMMUNICATIONS, INC., a Delaware corporation, doing business as UPS TELESERVICES, | **STIPULATION AND ORDER (1) TO DISMISS COMPLAINT WITH PREJUDICE AND (2) TO SEAL DOCUMENT 12** |
| Defendants. | |

Plaintiff CHRISTINA ROTE, by and through Robert P. Spretnak, Esq., her attorney of record; and the UNITED PARCEL SERVICE, INC., an Ohio corporation;  and UPS TELECOMMUNICATIONS, INC., a Delaware corporation, doing business as UPS TELESERVICES, and UPS FLEXIBLE BENEFITS PLAN, who has appeared in this matter by answering the Complaint (Document 1) that was filed, each of whom is appearing in this matter by and through and through Robert J. Cassity, Esq., their attorney of record; do hereby stipulate and agree as follows:

1. This matter shall be DISMISSED WITH PREJUDICE as to all defendants, whether named or appearing in this matter.  Each party shall bear her or its own attorney's fees and costs.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

2. Document 12, the Submission of Administrative Record, filed in this matter, and all accompanying exhibits and attachments (Document 12-1 through Document 12-10), shall be SEALED. This was a civil action is brought under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(l) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461 for the recovery of benefits that Plaintiff had alleged were due and owing to her under the terms of a short term disability benefit. Defendants filed the administrative record with this Court for purposes of this Court conducting judicial review of this matter. In light of the fact that the administrative record that was necessary to be filed with this Court contains potentially-sensitive medical information about Plaintiff, the parties of record have agreed to the sealing of this particular court filing.

DATED: March 15, 2012.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: March 15, 2012.

HOLLAND & HART LLP

By: /s/ Robert J. Cassity
    Robert J. Cassity, Esq. (Bar No. 9779)

Attorney for Defendants

9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: This 21st day of March, 2012.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2